UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:24-cv-00383-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| PHAM, et al., | |
| Defendants. | (Doc. No. 14) |

Plaintiff Forrest Kendrid is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 14.) In particular, the magistrate judge observed that an order of the court had been returned by the postal service and marked as "undeliverable." (*Id*. at 1.) The magistrate judge concluded that plaintiff had failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. (*Id*.) As additional mailings were returned to this court, plaintiff was ordered to file a notice of his change of address by October 28, 2024, by December 26, 2024, and again by January 2, 2025. (Doc. Nos. 8, 16,

1

1  18.)  Plaintiff did not do so.  However, on November 15, 2024, pursuant to information received
2  from plaintiff in another action pending in this district, the court updated plaintiff's address and
3  re-serviced the pending findings and recommendations upon him by mail.  Over six months have
4  passed since that re-service, and plaintiff has not filed objections to the recommendation that this
5  action be dismissed for failure to prosecute or otherwise communicated with the court in any way.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 8, 2024 (Doc. No. 14) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **June 16, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2